**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Matthew J. Mayernick          BK NO. 22-01264 MJC
                   Debtor(s)

                                        Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                   /s/ *Rebecca Solarz*
                                   Rebecca Solarz
                                   13 Jul 2022, 09:43:06, EDT

                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106
                           215-627-1322

Case 5:22-bk-01264-MJC    Doc 11    Filed 07/13/22    Entered 07/13/22 15:33:58    Desc
Document ID: 7be80bc2877b0d51233da1d44d529ab0868bdecb3efaeda82d968516d3691bc4
Main Document      Page 1 of 1