In re:  Case No. 22-01264-MJC

Matthew J Mayernick  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 16, 2022     Form ID: ntcnfhrg     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew J Mayernick, 3640 Aristes Highway, Aristes, PA 17920 |
| 5484177 | #+ | AES MEMBERS 1ST FCU, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 5484176 | + | AES MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5490068 | + | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5484182 | + | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 5484186 | + | SYNCB/HARBOR FREIGHT, PO BOX 965022, ORLANDO, FL 32896-5022 |
| 5484185 | + | SYNCB/HARBOR FREIGHT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 16 2022 18:41:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5484178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 18:41:52 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5484179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2022 18:41:54 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5484180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2022 18:41:48 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5484181 | + | Email/Text: bankruptcynotices@psecu.com | Aug 16 2022 18:39:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5488746 | + | Email/Text: bankruptcynotices@psecu.com | Aug 16 2022 18:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5484183 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 16 2022 18:39:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5484184 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 16 2022 18:39:00 | QUICKEN LOANS, 1050 WOODWARD AVE, DETROIT, MI 48226-3573 |
| 5488188 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 16 2022 18:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5484187 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2022 18:41:46 | SYNCB/WALMART DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5484189 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2022 18:41:40 | SYNCHRONY/PAYPAL CREDIT, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5484188 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2022 18:41:40 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5484304 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2022 18:41:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5484190 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2022 18:41:48 | TRAC/CBCD/CITICORP, CITICORP CREDIT/CENTRALIZED BANKRUPTCY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5484191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2022 18:41:54 | TRAC/CBCD/CITICORP, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5484192 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 18:41:40 | WORLD'S FOREMOST BANK, 4800 NW 1ST STREET, SUITE 300, LINCOLN, NE 68521-4463 |
| 5484193 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 18:41:52 | WORLD'S FOREMOST BANK, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 18, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Matthew J Mayernick bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew J Mayernick,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−01264−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 20, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 27, 2022<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 16, 2022 |

ntcnfhrg (08/21)