United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-01264-MJC
Matthew J Mayernick     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 25, 2025 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew J Mayernick, 3640 Aristes Highway, Ashland, PA 17921-9078 |
| 5484177 | + | AES MEMBERS 1ST FCU, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 5484176 | + | AES MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5484182 | | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 25 2025 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5484178 | + | EDI: CAPITALONE.COM | Jul 25 2025 22:35:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5484179 | + | EDI: CITICORP | Jul 25 2025 22:35:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5484180 | + | EDI: CITICORP | Jul 25 2025 22:35:00 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5490163 | | EDI: CAPITALONE.COM | Jul 25 2025 22:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5490383 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 18:47:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5490068 | + | Email/Text: Unger@Members1st.org | Jul 25 2025 18:35:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5494137 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2025 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5484181 | + | EDI: G2RSPSECU | Jul 25 2025 22:35:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5495823 | | EDI: PRA.COM | Jul 25 2025 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5488746 | + | EDI: G2RSPSECU | Jul 25 2025 22:35:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5484183 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 25 2025 18:36:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5484184 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 25 2025 18:36:00 | QUICKEN LOANS, 1050 WOODWARD AVE, DETROIT, MI 48226-3573 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5488188 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 25 2025 18:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5484185 | + | EDI: SYNC | Jul 25 2025 22:35:00 | SYNCB/HARBOR FREIGHT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5484186 | + | EDI: SYNC | Jul 25 2025 22:35:00 | SYNCB/HARBOR FREIGHT, PO BOX 965022, ORLANDO, FL 32896-5022 |
| 5484187 | + | EDI: SYNC | Jul 25 2025 22:35:00 | SYNCB/WALMART DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5484189 | + | EDI: SYNC | Jul 25 2025 22:35:00 | SYNCHRONY/PAYPAL CREDIT, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5484188 | + | EDI: SYNC | Jul 25 2025 22:35:00 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5484304 | ^ | MEBN | Jul 25 2025 18:33:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5484190 | + | EDI: CITICORP | Jul 25 2025 22:35:00 | TRAC/CBCD/CITICORP, CITICORP CREDIT/CENTRALIZED BANKRUPTCY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5484191 | + | EDI: CITICORP | Jul 25 2025 22:35:00 | TRAC/CBCD/CITICORP, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5484192 | + | EDI: CAPITALONE.COM | Jul 25 2025 22:35:00 | WORLD'S FOREMOST BANK, 4800 NW 1ST STREET, SUITE 300, LINCOLN, NE 68521-4463 |
| 5484193 | + | EDI: CAPITALONE.COM | Jul 25 2025 22:35:00 | WORLD'S FOREMOST BANK, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5495832 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Robert Spielman | on behalf of Debtor 1 Matthew J Mayernick bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew J Mayernick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−2691<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22−bk−01264−MJC | |

# Order of Discharge                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Matthew J Mayernick

**By the court:**

7/25/25

   Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2